UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRIAN E. WEINBERG,

    Plaintiff,

v.                              Case No. 18-C-1503

ALLTRAN FINANCIAL LP,

    Defendant.

**ORDER**

This matter is before the court as a result of a letter from plaintiffs' counsel in *Wojcieski, et al. v. Alltran Financial LP*, 18-CV-887-JPS, informing the court that the plaintiffs in that case are withdrawing their motion to consolidate this case with *Wojcieski*. Consequently, their motion (ECF No. 8) is terminated. As a result, there is no reason to stay this case pending resolution of *Wojcieski*, and Weinberg's motion to stay this case pending resolution of *Wojcieski* (ECF No. 14) is **DENIED**. Alltran Financial LP is ordered to file its answer to the complaint by January 7, 2019.

**SO ORDERED** this  18th  day of December, 2018.

                                        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court